# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

**JINTANA HAMPTON,**

     **Plaintiff(s),**

  **v.**                            **Case No.:  5:25-cv-812-KCD-PRL**

**UNITED AIRLINES, INC.,**

     **Defendant(s),**

_____/

## ORDER

This cause comes before the Court *sua sponte*. Based on the entry of the Civil Action Order in this case (Doc. 26), Plaintiff has failed to comply with the following:

- Disclosure Statement (See Fed. R. Civ. P. 7.1; Local Rule 3.03.)

Accordingly, within seven days from the date of this order, Plaintiff shall show cause why they have failed to comply with this Court's order.

**DONE** and **ORDERED** in Ocala, Florida on May 14, 2026.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Pro-Se Parties (if applicable)